**FO2GO LLC, Plaintiff-Appellant**

v.

**PINTEREST, INC., SmugMug Inc., Tumblr, Inc., Yahoo! Inc., Defendants-Appellees**

**2016-1903, 2016-1904, 2016-1905**

United States Court of Appeals, Federal Circuit.

January 13, 2017

DAVID R. BENNETT, Direction IP Law, Chicago, IL, argued for plaintiff-appellant. Also represented by STEPHEN BRAUERMAN, Bayard, P.A., Wilmington, DE.

MARK A. LEMLEY, Durie Tangri LLP, San Francisco, CA, argued for all defendants-appellees. Defendants-appellees Pinterest, Inc., Tumblr, Inc., Yahoo! Inc. also represented by RYAN M. KENT.

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, for defendant-appellee SmugMug Inc.

## JUDGMENT

Per Curiam (Lourie, Taranto, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**